## WILLIAM H. BEAZLEY *v.* A. J. MERSHAN.

[Abstract Kentucky Law Reporter, Vol. 1—333.]

**Sale in Gross and not by the Acre.**

Where a mortgage covered an entire tract of land supposed to embrace two hundred sixty-seven acres, and is ordered sold in foreclosure and offered, but no person offered to pay the debt for any less number of acres, and the land was cried off to the plaintiff upon his offer to take the land for his judgment and costs, and the sale is confirmed, this is conclusive that it was in gross and not by the acre.

APPEAL FROM GARRARD CIRCUIT COURT.

October 21, 1880.

OPINION BY JUDGE COFER:

The mortgage was of the entire tract of land "supposed to embrace two hundred and sixty-seven acres", and the judgment was to sell "the tract of land mentioned and described in the mortgage exhibited, and all the right, title and interest therein of both the defendants." The commissioner reported that no one offering to pay the judgment for less than the whole tract, "the plaintiff, A. J. Mer-

shan, then offered and bid to take the land for his judgment and costs", and no person offering to "pay the debt for any less number of acres, the land was cried off to the plaintiff."

The sale was reported to the court and confirmed without exceptions or objections. Sale was directed to be made of the whole tract, or so much of it as was necessary to pay the debt, and he did sell it for the debt and costs, and that report, having been confirmed, is conclusive that the sale was in gross and not by the acre, and the judgment must be *affirmed.*

*R. M. & W. O. Bradley, for appellant.*

*W. D. Hopper, for appellee.*